1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                  No. 2:24-cv-01253-JAM-CSK

       IN RE:  STEVEN WAYNE BONILLA
12                                                  No. 2:24-cv-01255-JAM-CSK

13                                                  No. 2:24-cv-01257-JAM-CSK

14                                                  No. 2:24-cv-01269-JAM-CSK

15                                                  No. 2:24-cv-01272-JAM-CSK

16                                                  No. 2:24-cv-01273-JAM-CSK

17                                                  No. 2:24-cv-01352-JAM-CSK

18                                                  No. 2:24-cv-01353-JAM-CSK

19                                                  No. 2:24-cv-01354-JAM-CSK

20

21

22

23                                                  **ORDER**

24

25

26          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4  the Court to open a new case for each attempted new pleading and assign it to the Court for

5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7       The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8  finds they are related to Plaintiff's Alameda County criminal conviction.

9       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-01253, 2:24-cv-01255, 2:24-cv-

10  01257, 2:24-cv-01269, 2:24-cv-01272, 2:24-cv-01273, 2:24-cv-01352, 2:24-cv-01353 and 2:24-

11  cv-01354 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to close these cases.  **No**

12  **further filings will be accepted**.

13

14   Dated: May 23, 2024                                /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
15                                                                  SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2